**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6682**

---

CLAY VANCE CONNER,

                                        Plaintiff - Appellant,

        versus

OFFICER PAULEY; ALLEN STRUCK, Officer; STEVE
FANNING, Officer; BOB ROBERTSON,

                                        Defendants - Appellees,

        and

DAVID L. SMITH; DOCTOR AMONETTE; KERRY
DONNELLY, M.D.; CAPTAIN MONTGOMERY; DANNY
CRIGGER; NURSE DOUDDY; JERRY W. PAYNE; CARL
PENNINGTON; L. WHITE; J. N. LEFFETT; PATTY L.
HUFFMAN; J. D. TERRY; OFFICER PARR; J. L.
STAFFORD; MELANIE FUNK; DEANNE DOSS; RUFUS
FLEMING; G. WADE, Officer; OFFICER WALTERS;
MR. HOWARD; MR. CLIFTON; M. BARKSDALE; JAMES
HOKE; OFFICER WHITEHEAD; OFFICER FERRELL;
FRANK HARDUCH; SERGEANT WILSON; B. L. JOHNSON;
VAN ROADT; P. L. HANF, Officer; A. D. ROBIN-
SON; ELLIS B. WRIGHT; GARY L. BASS; J. V.
BEALE; DEPUTY WARDEN A-UNIT; F. SPENCE; CHIEF
OF SECURITY, Bland Correctional Center,
Greeensville CC, A-Unit; OFFICER PARKER;
MICHAEL TIDWELL; D. BROWN, Officer; J. L.
DODSON, Officer; MR. MCCATHY; J. HALSEY-
HARRIS; L. G. GOODE; S. S. AVENTT; G.
MCLINLEY; L. MASON; HOWARD AKERS, Lieutenant;
E. TAYLOR, Officer; OFFICER ZALLICOFFER;
LIEUTENANT HEALEY; CARL FLOWERS; A. M. JUD-
KINS; RICHARD A. YOUNG; P. J. RICH; VALERIE D.
RASHEED; JAMES A. SMITH; CORRINE R. ROWLETTE;
T. C. BROWN; EDWARD MURRAY; EDWARD C. MORRIS;
PATRICK GURNEY; LOUIS B. CEI; G. JONES; D.
AHLADA; J. P. MCMILLAN; ROBERT M. MCCLEBRY; I.

P. SMITH; MR. LOWENHAGER; BALVIR KAPIL, Doctor; JOHN & JANE DOES, M. S. B......L.G.O..... E. K.; OFFICER JONES; SERGEANT MORRILL,

Defendants.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge; Glen E. Conrad, Magistrate Judge. (CA-94-249-R)

———————

Submitted: February 26, 1998      Decided: March 18, 1998

———————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clay Vance Conner, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district courts order entering judgment in favor of Defendants in his 42 U.S.C. § 1983 (1994) action. We have reviewed the record, the trial testimony, and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Appellant's motion for appointment of counsel and affirm on the reasoning of the district court. <u>Conner v. Smith</u>, No. CA-94-249-R (W.D. Va. May 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3